IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BRIAN D. WHITMORE, | : | CIVIL ACTION |
| | : | NO. 18-4447 |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| NATIONAL RAILROAD PASSENGER | : | |
| CORPORATION, | : | |
| | : | |
| Defendant. | : | |

## ORDER

**AND NOW**, this **30th** day of **December, 2020,** after considering Defendant's Motion for Summary Judgment (ECF No. 43), Plaintiff's Response thereto (ECF No. 46), and Defendant's Reply (ECF No. 47), and holding a hearing on the record, it is hereby **ORDERED,** for the reasons set forth in the accompanying memorandum, that Defendant's Motion for Summary Judgment (ECF No. 43) is **GRANTED in part and DENIED in part,** as follows:

1. Defendant's Motion for Summary Judgment is **GRANTED** as to the hostile work environment and retaliation theories with respect to Counts II and III.

2. Defendant's Motion for Summary Judgment is **DENIED** as to the discrimination theories with respect to Counts I, II, and III.

It is **FURTHER ORDERED** that Defendant's Motion for Leave to File a Reply (ECF No. 47) is **GRANTED.**

**AND IT IS SO ORDERED.**

***/s/ Eduardo C. Robreno***
**EDUARDO C. ROBRENO, J.**